UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAYMOND GENE PHENIX,<br><br>               Petitioner,<br>v.<br>PRESIDENT J. BIDEN, *et al.*,<br><br>               Respondents. | Case No. 3:21-cv-00046-MMD-WGC<br><br>ORDER |

This action was opened with a petition for an order finding Petitioner's conviction null and void. (ECF No. 1-1.) Upon receiving notification of the opening of this action, Petitioner filed a notice stating that the petition should have been filed in his closed habeas corpus action, *Phenix v. Schomig*, Case No. 2:03-cv-00485-MMD-NJK, under 28 U.S.C. § 2254. (ECF No. 3.) The Court will transfer the petition to *Phenix v. Schomig* and close this action.

It is therefore ordered that the Clerk of Court file the petition for an order finding Petitioner's conviction null and void (ECF No. 1-1) in *Phenix v. Schomig*, Case No. 2:03-cv-00485-MMD-NJK.

It is further ordered that the Clerk of Court administratively close this action.

DATED THIS 22nd Day of January 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE